# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

<u>Via ECF</u>                                                                                            July 21, 2025
The Honorable Lewis J. Liman (U.S.D.J.)
U.S. District for the Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *Garcia v. Skyline Group Global Corporation et al.*
                <u>Case No.: 1:25-cv-04060</u>

Dear Judge Liman:

      We are counsel for the Plaintiff in the above referenced matter. We write pursuant to the Court's Order, dated July 11, 2025 (Dkt. No. 15). That Order directed the parties to jointly submit to the Court a proposed Case Management Plan and Scheduling Order at least one week prior to the initial conference, currently scheduled for July 28, 2025.

      On July 16, 2025, Plaintiff served on Defendants a copy of the Court's Order regarding the Notice of Initial Pretrial Conference. *See* Dkt. No. 16.

      As of the date of this letter, however, an appearance has not been made for Defendants. On June 24, 2025, the Clerk of the Court issued a certificate of Default as to Dismantling Consulting, LLC, George Fotiadis, Skyline Carting Inc., and Skyline Group Global Corporation (*see* Dkt. No. 14), and Plaintiff is presently preparing to file the motion for default judgment.

      In view of the above, Plaintiff respectfully requests the Court cancel the initial conference scheduled for July 28, 2025, and permit Plaintiff to continue proceeding with the motion for default judgment.

      We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

The initial pretrial conference scheduled for July 28, 2025, is canceled. The motion for a default judgment shall be filed no later than August 8, 2025, with a response date of August 22, 2025. A telephonic hearing is scheduled for August 28, 2025, at 12:00 PM. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

Plaintiff shall file proof of service of this order and of its default judgment motion on the docket.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

July 22, 2025