**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AUGUSTIN GARCIA,

        Plaintiff,

v.

SKYLINE GROUP GLOBAL CORPORATION,
SKYLINE CARTING INC.,
DISMANTLING CONSULTING, LLC, and
GEORGE FOTIADIS,

        Defendants.

---

Case No.: 1:25-cv-04060

**[PROPOSED]**
**DEFAULT JUDGMENT**

This action having been commenced on May 14, 2025, by the filing of the Summons and Complaint. All Defendants having failed to appear or respond to the Summons and Complaint, it is

**ORDERED, ADJUDGED AND DECREED**:

1. That Plaintiff, AUGUSTIN GARCIA, has judgment against Defendants, SKYLINE GROUP GLOBAL CORPORATION, SKYLINE CARTING INC., DISMANTLING CONSULTING, LLC, and GEORGE FOTIADIS, jointly and severally, for a total of **$231,481.13** in damages as follows:

| | |
|---|---:|
| Unpaid Overtime Premiums due to Straight-Time Rate Compensation | $58,272.65 |
| Unpaid Overtime Wages due to Time-shaving | $23,673.27 |
| Unpaid Spread of Hours Premiums | $7,650.00 |
| Liquidated Damages for Unpaid Wages, Overtime, and Premiums | $89,595.92 |
| Statutory Penalties due to WTPA Violations | $10,000.00 |
| Damages due to FICA Violations (Breach of Contract / Unjust Enrichment) | $22,289.29 |
| Civil Penalties for Frivolous Tax Returns | $20,000.00 |
| **TOTAL DAMAGES** | **$231,481.13** |

Dated: _____          _____
      New York, New York                              Lewis J. Liman
                                                      United States District Judge

This document was entered on the docket on

_____