# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

<u>Via ECF</u>                                                                                      September 4, 2025
The Honorable Lewis J. Liman (U.S.D.J.)
U.S. District for the Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *Garcia v. Skyline Group Global Corporation et al.*
              <u>Case No.: 1:25-cv-04060</u>

Dear Judge Liman:

      We are counsel for Plaintiff in the above referenced matter. We write pursuant to the Court's Order, dated August 29, 2025 (Dkt. No. 34). That Order directed Plaintiff to inform the Court "whether he opposes the motion to vacate entry of the default judgment against Defendant George Fotiadis ("Fotiadis") [or] whether he withdraws the motion for a default judgment against Fotiadis."

      For the reasons discussed at the August 28, 2025, conference, Plaintiff voluntarily withdraws without prejudice the motion for default judgment against Defendant Fotiadis. Plaintiff also respectfully requests leave to file an amended pleading by October 4, 2025 to conduct further research into whether any additional parties should be included in this action.
      We thank the Court for its attention to this matter.

Respectfully submitted,

<u>/s/ C.K. Lee                         </u>
C.K. Lee, Esq.

cc: all parties via ECF

> The request is granted. The Clerk of Court is respectfully directed to vacate the entry of default judgment against Defendant George Fotiadis and mark the motion for a default judgment as withdrawn. Plaintiff is permitted leave to file an amended complaint by October 4, 2025.
>
> SO ORDERED.
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
>
> September 5, 2025