```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
AUGUSTIN GARCIA,                                                   :
:
                          Plaintiff,    :
:        25-cv-4060 (LJL)
     -v-                                                          :
:        <u>ORDER</u>
SKYLINE GROUP GLOBAL CORPORATION, et al.,                          :
:
                         Defendants.   :
X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      At Dkt. No. 36, the Court directed the Clerk of Court to vacate the entry of default judgment against Defendant George Fotiadis ("Fotiadis") and mark the motion for a default judgment as withdrawn. The Court now clarifies that the order vacated the certificate of default entered against Fotiadis at Dkt. No. 14, and marked the motion for default judgment withdrawn as to Fotiadis.

      SO ORDERED.

Dated: September 5, 2025
       New York, New York
                                                    LEWIS J. LIMAN
                                                    United States District Judge