UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

AUGUSTIN GARCIA,

                    Plaintiff,

      -v-

SKYLINE GROUP GLOBAL CORPORATION, et al.,

              Defendants.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/8/2026

25-cv-4060 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     By April 16, 2026, the parties shall file a joint letter with the Court regarding the status of the case.

     SO ORDERED.

Dated:  April 8, 2026
       New York, New York

_____
             LEWIS J. LIMAN
          United States District Judge