USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/7/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                              :

AUGUSTIN GARCIA,                      :

                     Plaintiff,         :

                              :               25-cv-4060 (LJL)

      -v-                           :

                              :                 ORDER

SKYLINE GROUP GLOBAL CORPORATION, et al.,   :

             Defendants.       :

                              :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

As indicated on the record at the status conference held today, May 7, 2026, Plaintiff

shall move to supplement his pending motion for default judgment, *see* Dkt. No. 61, as to the

issue of damages by May 21, 2026.

       SO ORDERED.

Dated: May 7, 2026
       New York, New York                   _____
                                          LEWIS J. LIMAN
                                     United States District Judge