**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

AGUSTIN GARCIA,

Plaintiff,

-against-

SKYLINE GROUP GLOBAL CORPORATION
d/b/a SKYLINE CONSTRUCTION, et al.,

Defendants.

---------------------------------------------------------------X

25 **CIVIL** 4060 (LJL)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 30, 2026, Plaintiff's motion for default judgment is GRANTED IN PART and DENIED IN PART. Plaintiff is entitled to relief on his claims for back wages, liquidated damages, and wage notice and wage statement violations. Plaintiff's motion is denied with respect to the claims for fraudulent filing of information returns, breach of contract, and unjust enrichment. Plaintiff's request for attorneys' fees and costs is denied without prejudice to a motion under Rule 54(d)(2). Judgment is entered in favor of Plaintiff and awarding damages as follows: $89,595.92 in back wages under the NYLL; $89,595.92 in liquidated damages; $5,000 for Defendants' violation of NYLL § 195(1), and $5,000 for Defendants' violation of NYLL § 195(3); and post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York

August 3, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**